# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TRUSTEES OF CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, | ) ) ) ) ) | Civil Action No. 07-2329-KHV |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BRADLEY HUDSPETH, | ) ) | |
| Defendant. | ) | |

## ORDER

NOW, on this <u>31st</u> day of <u>January</u>, 2008, the Court, in light of this case having been fully compromised and settled by the parties, dismisses the above captioned case with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

<u>January 31, 2008</u>　　　　　　　　　　　　　　<u>s/ Kathryn H. Vratil</u>
DATE　　　　　　　　　　　　　　　　　　　　　JUDGE OF THE DISTRICT COURT